## UNITED STATES BANKRUPTCY COURT

### Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Lavern E Beasley and<br>Alonzo Beasley<br><br>Debtor(s) | Case No.:20−32766−jal<br><br>Chapter: 13<br>Judge: Joan A. Lloyd |

# NOTICE OF HEARING

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing will be held in the above−referenced case as listed below to consider and act upon the matters listed below and transact other business as may properly come before the Court:

Notice of Hearing regarding Motion to Strip Off Junior Lien of Specialized Loan Servicing, LLC regarding 4400 Exeter Ave, Louisville, KY 40218. Filed by Joint Debtor Alonzo Beasley, Debtor Lavern E Beasley. 17. ANY OBJECTION TO THE MOTION HEREIN SHALL BE FILED WITH THE COURT NO LATER THAN SEVEN DAYS PRIOR TO THE DATE OF HEARING. Hearing scheduled for 1/6/2021 at 01:30 PM at Courtroom #1, 5th Fl(7th St. Elevators), 601 West Broadway, Louisville, KY 40202(EASTERN TIME). cc: Service list/Specialized Loan Servicing, LLC (Goss, K)

PLEASE TAKE ADDITIONAL NOTICE that should a continuance of the hearing be necessary for good cause shown, the movant shall request the continuance in writing, with notice to all parties in interest, no later than seven (7) days prior to the scheduled hearing.

Dated: 11/30/20

By: kg  
Deputy Clerk

FOR THE COURT  
Elizabeth H. Parks  
Clerk, U.S. Bankruptcy Court