# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| In Re: | Case No. 20-32766 |
| Lavern E Beasley<br>Alonzo Beasley | Chapter 13 |
| Debtor(s). | Judge Joan A. Lloyd |

**RESPONSE TO MOTION TO STRIP OFF A JUNIOR LIEN AS TO PROPERTY KNOWN AS 4400 EXETER AVE, LOUISVILLE, KY 40218**

  **NOW COMES** Specialized Loan Servicing, LLC (hereinafter "Creditor"), by and through its attorneys, Sottile & Barile LLC, hereby files a non-opposition response to Debtors' Motion to Stirp Off a Junior Lien. Creditor does not oppose Debtors' Motion but wishes to enter into an Agreed Order to resolve the matter.

  **WHEREFORE**, Creditor respectfully requests leave to enter into an Agreed Order to resolve Debtors' Motion to Strip Off a Junior Lien.

            Respectfully Submitted,

            /s/ Molly Slutsky Simons
            Molly Slutsky Simons (97962)
            Sottile & Barile, Attorneys at Law
            394 Wards Corner Road, Suite 180
            Loveland, OH 45140
            Phone: 513.444.4100
            Email: bankruptcy@sottileandbarile.com
            Attorney for Creditor

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by the method set forth below, upon the below listed parties on December 10, 2020.

**By Notice of Electronic Filing to:**

    Donald J. Haas, Debtors' Counsel
    dhaas@smith-hoskins.com

    William W. Lawrence, Trustee
    ECF@louchapter13.com

    Office of the U.S. Trustee
    ustpregion08.lo.ecf@usdoj.gov

**By United States mail to:**

    Lavern E Beasley, Debtor
    Alonzo Beasley, Debtor
    4400 Exeter Avenue
    Louisville, KY 40218

                                     /s/ Molly Slutsky Simons
                                     Molly Slutsky Simons (97962)
                                     Attorney for Creditor